NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKERA CHAMNDANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRICIA HARDING; ANDREA EATON; and DOES 1 through 10, inclusive,<br><br>    Defendants. | ) Case No. 8:22-cv-00243-FWS-DFM<br>)<br>) **ORDER RE THE PARTIES'**<br>) **STIPULATION TO DISMISS**<br>) **ACTION PURSUANT TO RULE**<br>) **41(a)(1) [67]**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Stipulation [67], by and between the parties, through their respective attorneys of record, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated:  August 16, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1